**Robert F. HINTON, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 14455.**

United States Court of Appeals
District of Columbia Circuit.

Argued Sept. 10, 1958.

Decided Dec. 4, 1958.

Petition for Rehearing Denied
Jan. 13, 1959.

Certiorari Denied March 23, 1959.

See 79 S.Ct. 726.

.Mr. Donald E. Cross, Washington, D.
C., with whom Mr. Bryce Rea, Jr., Washington, D. C., was on the brief, for appellant.

Mr. Louis M. Kaplan, Asst. U. S.
Atty., with whom Messrs. Oliver Gasch,
U. S. Atty., Carl W. Belcher and Frederick G. Smithson, Asst. U. S. Attys. were
on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and
EDGERTON and WASHINGTON, Circuit
Judges.

PER CURIAM.

This is a narcotics case. 26 U.S.C. §
4704(a) (Supp. V, 1958); 21 U.S.C.A.
§ 174 (Supp. V, 1958). Appellant urges
that his conviction should be set aside
because he was arrested without probable cause, and hence the narcotics taken
from him by the police at the time of arrest should have been suppressed as evidence illegally taken. We cannot agree,
as it seems to us that the information
known to the police was sufficient to justify appellant's apprehension. We reach
this conclusion on the basis of our own
reading of the record, rather than on the
District Court's findings. We place no
reliance, for example, on the circumstance that no cigarettes were found on
appellant's person at the time of his arrest although his story was that he had
gone to purchase cigarettes just prior to
being arrested. A post-arrest happening
of this sort is not evidence of probable
cause.

Affirmed.